FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -1  P 4: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CLAUDE MONTECINO                                      CIVIL ACTION

VERSUS                                                       NO. 00-59

BIG R. TOWING, INC.                                      SECTION "N"

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, _EVERY WITNESS_ MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, May 1, 2000.

_____
EDITH BROWN CLEMENT
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY  2 2000