


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAUDE MONTECINO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0059** |
| **BIG R TOWING, INC.** | **SECTION: N**<br>**MAGISTRATE (4)** |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel come plaintiff, Claude Montecino, and defendant, Big R Towing, who respectfully move this Court for dismissal of this action with prejudice on the grounds that the parties have amicably resolved this matter; and, therefore, move for a dismissal with prejudice of this action, with each party to pay its own costs.

N0534068 1

DATE OF ENTRY
JUL 2 4 2000

1



Respectfully submitted,

_____  _____
DAVID A. HILLEREN (#6921)         JEFFERSON R. TILLERY (#17831)
HILLEREN & HILLEREN               NORMAN E. ANSEMAN, III (#24943)
P.O. Box 1750                     Jones, Walker, Waechter, Poitevent,
Covington, LA 70434-1750            Carrere & Denegre, L.L.P.
Tel: (504) 893-5959               201 St. Charles Ave., 47th Floor
ATTORNEYS FOR PLAINTIFF,          New Orleans, LA 70170-5100
  CLAUDE MONTECINO                Tel: (504) 582-8000
                                  ATTORNEYS FOR BIG R TOWING

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by depositing same in the U. S. mail, postage prepaid and properly addressed this 21 day of July 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDE MONTECINO | CIVIL ACTION |
| VERSUS | NO. 00-0059 |
| BIG R TOWING, INC. | SECTION: N<br>MAGISTRATE (4) |

### ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled and numbered matter be, and is hereby, dismissed with prejudice, with each party to pay its own costs. *Denied*

New Orleans, Louisiana, this 21 day of July, 2000.

_____
JUDGE, U.S. DISTRICT COURT

N0534068.1